IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:15MJ303 |
| ANDRES TERCERO LUCAS, | ORDER |
| Defendant. | |

This matter comes before the Court upon the United States' Motion for Dismissal of the Criminal Complaint. (Filing No. 1). The Complaint is dismissed.

DATED this 5th day of November, 2015.

BY THE COURT:

_____
F.A. GOSSETT III
U.S. Magistrate Judge.
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
NOV 0 5 2015
OFFICE OF THE CLERK